UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEFFREY R. KRAUSE,

    Plaintiff,

v.

                      Case No. 22-cv-148-pp

KILOLO KIJAKAZI,

    Defendant.

**ORDER APPROVING STIPULATION FOR REMAND (DKT. NO. 34), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

On January 31, 2023, the parties filed a Stipulation for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. §405(g). Dkt. No. 34. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner of the Social Security Administration. On judicial remand, the Appeals Council will remand the case to an administrative law judge with instructions to: proceed through the sequential evaluation process as needed to reach a decision; if warranted, obtain supplemental vocational expert evidence; take any further action needed to complete the administrative record; and issue a new decision.

Dated in Milwaukee, Wisconsin this 1st day of February, 2023.

                                        **BY THE COURT:**

                                        _____
                                        **HON. PAMELA PEPPER**
                                        **Chief United States District Judge**